IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOSAIC LEASING, LLC., <br><br> Plaintiff / Counter Defendant, <br><br> vs. <br><br> JET LINX AVIATION, LLC, <br><br> Defendant / Counter Claimant. | 8:24CV138 <br><br> SECOND AMENDED FINAL PROGRESSION ORDER |

This matter comes before the court on Plaintiff's Unopposed Motion to Extend Deadlines. (Filing No. 55). That motion is granted. Accordingly, IT IS ORDERED that deadlines in the final progression order are amended as follows:

1)  The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, and the parties' interest in settlement, will be held with the undersigned magistrate judge on **April 7, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference (Filing No. 44).

2)  The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):	December 15, 2025.

    For the defendant(s):	January 26, 2026.

3)  The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

1

retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    January 14, 2026.

    For the defendant(s):    March 2, 2026.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 28, 2026.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 5.

    b. Depositions will be limited by Rule 30(d)(1).

5) The deadline for filing motions to dismiss and motions for summary judgment is March 31, 2026.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 13, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of November, 2025.

                                      BY THE COURT:

                                      s/ Ryan C. Carson
                                      United States Magistrate Judge