IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOSAIC LEASING, LLC.,<br><br>Plaintiff,<br><br>vs.<br><br>JET LINX AVIATION, LLC,<br><br>Defendant. | **8:24CV138**<br><br>**MEDIATION REFERENCE ORDER** |

After conferring with the parties, and in accordance with the general orders on court-annexed mediation and the Mediation Plan for this district,

**IT IS ORDERED:**

1. On the court's own motion, this case is referred to mediation which shall take place within 60 days of this order.

2. Plaintiff's counsel shall notify chambers of the parties' chosen mediator and the scheduled date of mediation no later than September 2, 2026.

3. Except as otherwise agreed to by the parties and the assigned mediator, all parties and their counsel and any insurance company having an interest shall personally attend all mediation sessions scheduled by the mediator. At least one person from each party and insurance company shall have full settlement authority. Such persons and entities are further ordered to prepare for and participate in the mediation in objective good faith.

4. The parties and counsel are reminded that the court may impose sanctions, including dismissal of a claim or defense, monetary sanctions, or such other sanctions as may

be authorized by Fed. R. Civ. P. 169f), should the parties, their counsel, or those required to attend fail to comply with this order in objective good faith.

5. Any objection to this order shall be filed within seven days.

6. The following conditions will apply as to private mediation:

    a. The cost shall be borne by the mediating parties at the rate established by the mediator. Unless otherwise agreed, the plaintiff shall pay one-half of the mediation fee, and the remaining mediating parties shall pay equal shares of the mediation fee. If a party is unable to pay the costs of mediation, any application to incur such expenses with reimbursement from the Federal Practice Fund must be filed before the mediation session.

    b. Within 14-days after mediation takes place, the parties shall file a report on the status of the proceedings and whether the case has been resolved. Information about the substance of any settlement agreement shall not be provided without the parties' consent.

Dated this 18th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge